**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number

JACLYN PASSARELLI

v.

PROFESSIONAL NEUROLOGICAL SERVICES, LTD.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JACLYN PASSARELLI

KC FILED
NOV 13 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07CV6407
JUDGE KENNELLY
MAGISTRATE JUDGE ASHMAN

| NAME (Type or print) |
| --- |
| Janice A. Wegner |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| /s/ Janice A. Wegner |

| FIRM |
| --- |
| Lisa Kane & Associates, P.C. |

| STREET ADDRESS |
| --- |
| 120 South LaSalle Street, Suite 1420 |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 06200062 | 312-606-0383 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| --- | --- | --- |

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| --- | --- | --- |

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| --- | --- | --- |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |
| --- | --- | --- |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ |