# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JACLYN PASSARELLI, Plaintiff,

V.

PROFESSIONAL NEUROLOGICAL
SERVICES, LTD., Defendant.

CASE NUMBER:

07CV6407
JUDGE KENNELLY
MAGISTRATE JUDGE ASHMAN

MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

PROFESSIONAL NEUROLOGICAL SERVICES, LTD.
c/o RICHARD E STECK, Registered Agent
19 S. LaSalle Street, Suite 602
Chicago, IL 60603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lisa Kane & Associates, P.C.
120 South LaSalle Street
Suite 1420
Chicago, Illinois 60603

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

NOV 13 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | November 13, 2007 |
| NAME OF SERVER (PRINT) THOMAS E. Nolan | TITLE Law Clerk |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): MYLES GLASGOW

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-13-07
　　　　　　　Date

Signature of Server

Address of Server: Suite 1420, 120 S. LaSalle, Chicago, IL. 60603

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.