# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6407 | **DATE** | 12/4/2007 |
| **CASE TITLE** | Passarelli vs. Prof. Neurological Servs., Ltd. | | |

**DOCKET ENTRY TEXT**

Defendant is advised that its motion for summary judgment will be stricken unless it is noticed for presentment in open court as required by Local Rule 5.3(b).

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|