N THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jaclyn Passarelli, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 07 C 6407 |
| Professional Neurological Services, Ltd. | ) ) Judge Kennelly |
| Defendant | ) ) |

## NOTICE OF MOTION

**To:**  Lisa Kane
Lisa Kane & Associates, PC
120 South LaSalle Street
Suite 1420
Chicago, IL 60603

**PLEASE TAKE NOTICE** that on the 13th day of December, 2007, at 9:30 a.m., or as soon as counsel shall be heard, I shall appear before the Honorable Judge Matthew F. Kennelly, or any Judge sitting in that Judge's stead, in the courtroom usually occupied by him, at 219 South Dearborn Street, Chicago, Illinois, and present a **Motion For Summary Judgment** on behalf of the Defendant, a copy of which was previously served upon you.

Richard E. Steck
Richard E. Steck and Associates          Attorneys for Defendant
19 South LaSalle Street
Suite 602
Chicago, IL 60603
(312) 236-4200

## CERTIFICATION OF SERVICE BY DELIVERY

The undersigned, an attorney, certifies that I served this notice and the documents referred to therein on all counsel of record by placing same in envelopes, and causing their delivery on or before 5:00 p.m., this 5th day of December, 2007.

                                                          s/ Richard E. Steck
                                                          Richard E. Steck